## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | |
|---|---|---|---|
| Case No: 16-51881 | Judge: Alan M. Koschik | | Trustee Name: Marc P. Gertz |
| Case Name: Hanley, Hillman H. | | | Date Filed (f) or Converted (c): 08/05/2016 (f) |
| Hanley, Angela | | | 341(a) Meeting Date: 09/26/2016 |
| For Period Ending: 07/24/2017 | | | Claims Bar Date: 10/26/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. 833 Lakeview Court, Kent, OH 44240 | 195,800.00 | 0.00 | | 0.00 | FA |
| 2. Household Goods | 6,000.00 | 0.00 | | 0.00 | FA |
| 3. Electronics | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Jewelry: Wedding band, silver bracelet & necklace, earrings, misc costume jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 7. Jewelry: wedding band, gold rings, necklace, misc costume jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 8. PNC Bank - Checking | 15.00 | 0.00 | | 0.00 | FA |
| 9. US Bank - Custodial Savings for disabled daughter | 0.00 | 0.00 | | 0.00 | FA |
| 10. US Bank Custodial Savings for son in Air Force | 0.00 | 0.00 | | 0.00 | FA |
| 11. Huntington National Bank - Savings | 0.00 | 0.00 | | 0.00 | FA |
| 12. PNC Bank Custodial Savings for disabled daughter | 0.00 | 0.00 | | 0.00 | FA |
| 13. Membership Interest: Kodi Development LLC 100% | 0.00 | 1.00 | | 0.00 | 1.00 |
| 14. Membership Interest: Hollins Construction, LLC 100% | 0.00 | 0.00 | | 0.00 | FA |
| 15. Pension: OPERS | 11,363.00 | 0.00 | | 0.00 | FA |
| 16. Insurance: Renewable Term with AAA Life Insurance Company | 0.00 | 0.00 | | 0.00 | FA |
| 17. Insurance: Renewable Term with AAA Life Insurance Company | 0.00 | 0.00 | | 0.00 | FA |
| 18. Misc. Hand & Power Tools | 650.00 | 0.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 16-51881 | Judge: Alan M. Koschik | Trustee Name: Marc P. Gertz |
|---|---|---|
| Case Name: Hanley, Hillman H. | | Date Filed (f) or Converted (c): 08/05/2016 (f) |
| Hanley, Angela | | 341(a) Meeting Date: 09/26/2016 |
| For Period Ending: 07/24/2017 | | Claims Bar Date: 10/26/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 218,328.00 | 1.00 | | 0.00 | 1.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**6/15/17: TRUSTEE IS INVESTIGATING INTEREST IN REAL PROPERTY OWNED BY KODI LLC WHICH IS OWNED BY DEBTOR. TRUSTEE HAS NOT RECEIVED REQUESTED DOCUMENTS. A 2004 EXAM HAS BEEN SCHEDULED FOR 8/3/17 @ 10:00 A.M.**

**Initial Projected Date of Final Report(TFR):** 11/01/2017  **Current Projected Date of Final Report(TFR):** 11/01/2017

| **Trustee's Signature** | /s/Marc P. Gertz | **Date:** 07/24/2017 |
|---|---|---|
| | Marc P. Gertz | |
| | 11 S. Forge Street | |
| | Akron, OH 44304 | |
| | Phone : (330) 255-0727 | |